IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY LEE LOGSDON,** | 1:07-cv-00207-OWW WMW HC |
| Petitioner, | |
| vs. | **ORDER DIRECTING CLERK OF COURT TO CORRECT NAMED RESPONDENT** |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS,** | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302

A petitioner seeking habeas corpus relief under 28 U.S.C. § 2254 must name the state officer having custody of him as the respondent to the petition.  Rule 2 (a) of the Rules Governing § 2254 Cases; <u>Ortiz-Sandoval v. Gomez</u>, 81 F.3d 891, 894 (9th Cir. 1996);

Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994). Normally, the person having custody of an incarcerated petitioner is the warden of the prison in which the petitioner is incarcerated because the warden has "day-to-day control over" the petitioner. Brittingham v. United States, 982 F.2d 378, 379 (9th Cir. 1992); see, also, Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994). However, the chief officer in charge of state penal institutions is also appropriate. Ortiz, 81 F.3d at 894; Stanley, 21 F.3d at 360. Where a petitioner is on probation or parole, the proper respondent is his probation or parole officer and the official in charge of the parole or probation agency or state correctional agency. Id.

      In this case, petitioner names the California Department of Corrections as Respondent. Although Petitioner is currently in the custody of the California Department of Corrections, the Department cannot be considered the person having day-to-day control over Petitioner. Petitioner is incarcerated at Calipatria State Prison, where Larry Scribner is the warden. Therefore, the Clerk of the Court is HEREBY DIRECTED to correct the named respondent in this case to Larry Scribner, Warden. IT IS SO ORDERED.

**Dated:   May 8, 2007**                    **/s/  William M. Wunderlich**
                                                                    UNITED STATES MAGISTRATE JUDGE