**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GARY LEE LOGSDON,**           ) | 1:07-cv-00207-OWW  WMW HC |
|                            ) Petitioner,          ) | |
|                            ) vs.                  ) | **ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS RE DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS** |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS,**        ) | |
|                            ) Respondent.         ) | [Doc. 9] |
| _____ ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302. On May 9, 2007, this court entered findings and recommendations in this case, recommending that it be dismissed for failure to exhaust state judicial remedies. This recommendation was based on the indication in the petition that Petitioner had not presented any of his claims to the California

Supreme Court.

On June 1, 2007, Petitioner filed objections to the findings and recommendations, providing information for the first time that he has exhausted his claims by presenting them to the California Supreme Court. Specifically, Petitioner provides a copy of an order of the California Supreme Court dated March 29, 2006, denying his petition for review.

Accordingly, the findings and recommendations that this action be dismissed for failure to exhaust state judicial remedies are HEREBY WITHDRAWN. The court will order Respondent to respond to the petition by separate order. IT IS SO ORDERED.

**Dated:   June 27, 2007**               /s/  **William M. Wunderlich**
                                         UNITED STATES MAGISTRATE JUDGE

2